IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KAY H. TURNER,<br>　　　　*Plaintiff* | §<br>§<br>§ | |
| -vs- | §<br>§ | SA-23-CV-00735-XR |
| U.S. BANK NATIONAL ASSOCIATION,<br>NOT IN IT'S INDIVIDUAL CAPACITY,<br>BUT SOLELY AS TRUSTEE FOR THE<br>RMAC TRUST, SERIES 2016CTT,<br>　　　　*Defendant* | §<br>§<br>§<br>§<br>§ | |

## AMENDED FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff Kay H. Turner shall take nothing by her claims against Defendant U.S. Bank National Association ("U.S. Bank"), and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED, ADJUDGED,** and **DECREED** that an event of default has occurred on that certain Texas Home Equity Note (Fixed Rate – First Lien) (the "Note") in the original principal amount of $320,000.00, payable to U.S. Bank, executed by Plaintiff on or about August 3, 2006.

It is further **ORDERED, ADJUDGED,** and **DECREED** that certain Texas Home Equity Security Instrument (First Lien) (the "Security Instrument") (the Note and Security Instrument will hereafter be referred to collectively as the "Loan Agreement"), recorded in the real property records of Bexar County, Texas on August 9, 2006, under Document No. 20060191094, provides U.S. Bank, in the event of a default on the obligations on the Note, with a first lien security interest

on that certain real property located at 7535 North New Braunfels Avenue, San Antonio, 78209 ("the Property"), and more particularly described as follows:



It is further **ORDERED, ADJUDGED,** and **DECREED** that U.S. Bank is the current legal owner and holder of the Note and mortgagee of the Security Instrument.

It is further **ORDERED, ADJUDGED,** and **DECREED** that the following are secured by the Security Instrument on the Property: the outstanding balance of the Loan Agreement, which was at least $761,097.17 as of July 19, 2023, plus all contractual interest, escrow advances, fees, costs, attorney's fees incurred in this action in an amount to be determined by subsequent motion practice, and other items in the Loan that are recoverable and have accrued since that date; prejudgment interest; post-judgment interest; and costs of court.

It is further **ORDERED, ADJUDGED,** and **DECREED** that due to an event of default on the Note, namely non-payment, U.S. Bank, or its successors or assigns, may enforce its Security Instrument against the Property through non-judicial foreclosure of the Property as provided in the Security Instrument and section 51.002 of the Texas Property Code.

It is further **ORDERED, ADJUDGED,** and **DECREED** that any notices regarding the foreclosure sale of the Property may be sent to Plaintiff Kay H. Turner at 7535 North New Braunfels Avenue, San Antonio, 78209.

It is further **ORDERED, ADJUDGED,** and **DECREED** that this judgment is *in rem* and is not a personal judgment against any party.

It is further **ORDERED, ADJUDGED,** and **DECREED** that all costs are to be taxed against Plaintiff.

It is further **ORDERED, ADJUDGED,** and **DECREED** that all writs and processes necessary for the enforcement and execution of this Final Judgment may issue.

It is further **ORDERED, ADJUDGED,** and **DECREED** that this judgment is final and appealable and all relief not granted herein is denied.

It is so **ORDERED**.

**SIGNED** this 6th day of August, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE